UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FREDERICK MARTINEZ,<br><br>  Petitioner,<br>  v.<br><br>STATE OF NEVADA,<br><br>  Respondent. | Case No. 2:17-cv-00501-RFB-CWH<br><br>ORDER |

Petitioner has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). Petitioner has submitted a financial certificate, but he has not submitted an application to proceed *in forma pauperis* or provided the required inmate account statements. He must provide these documents for this action to be continued. 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

Thus, the present action will be stayed until the petitioner forwards the $5.00 filing fee or completes an application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

**IT IS THEREFORE ORDERED** that petitioner has 45 days to pay the $5 filing fee or submit a proper application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that if petitioner does not pay the filing fee or submit an application to proceed in forma pauperis within 75 days this action will be dismissed without prejudice.

1

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner a copy of this order and two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

DATED: October 13, 2017.

                                            RICHARD F. BOULWARE, II
                                            UNITED STATES DISTRICT JUDGE